# IN THE SUPREME COURT OF PENNSYLVANIA
## EASTERN DISTRICT

| | | |
|---|---|---|
| KEITH WARREN, | : | No. 86 EM 2018 |
| | : | |
| Petitioner | : | |
| | : | |
| | : | |
| | : | |
| v. | : | |
| | : | |
| | : | |
| | : | |
| PHILADELPHIA COMMON PLEAS COURT, | : | |
| | : | |
| | : | |
| Respondent | : | |

## ORDER

**PER CURIAM**

    **AND NOW**, this 15th day of October, 2018, the Petition for Writ of Extraordinary Relief *Nunc Pro Tunc* is DENIED.

    Justice Wecht did not participate in the consideration or decision of this matter.